# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RUSTEL TENNISON**                                                                    **PLAINTIFF**

V.                                      NO. 3:06CV00071 GTE

**LIBERTY LIFE ASSURANCE COMPANY OF**
**BOSTON and PRODUCERS RICE MILL, INC.**                    **DEFENDANTS**

## **O R D E R**

The Complaint in this matter was filed on April 4, 2006. To date no proof of service has been filed. It appears that plaintiff does not wish to pursue this action.

IT IS THEREFORE ORDERED that plaintiff shall notify the Court within ten days of the entry of this Order to advise whether plaintiff intends to pursue this action against defendants. If plaintiff fails to comply with this Order, the Court will dismiss this matter for failure to prosecute.

Dated this 22nd day of September, 2006.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE