# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RUSTEL TENNISON**                                                            **PLAINTIFF**

**V.**                    **NO. 3:06CV00071 GTE**

**LIBERTY LIFE ASSURANCE COMPANY OF**
**BOSTON and PRODUCERS RICE MILL, INC.**                      **DEFENDANTS**

## O R D E R

The Complaint herein was filed on April 4, 2006. Subsequently on September 22, 2006, Plaintiff was directed to notify the Court within ten days whether Plaintiff intended to pursue this action against Defendants. Plaintiff has failed to comply with this Order, nor has proof of service been filed herein.

THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure,

This cause is hereby DISMISSED WITHOUT PREJUDICE for failure to obtain service.

IT IS SO ORDERED this 20th day of October, 2006.
.

                                                             _/s/ Garnett Thomas Eisele_____
                                                             UNITED STATES DISTRICT JUDGE